UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANIBAL A.S. MORALES,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No: 2:17-cv-679-FtM-99CM

BRIAN J. DAVIS,

    Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court upon initial review of the Plaintiff's Complaint ([Doc. #1](Doc. #1)) filed on December 8, 2017. Plaintiff Anibal A.S. Morales is a Florida inmate currently incarcerated at Union Correctional Institution in Raiford, Florida. Raiford is located in Union County, Florida. Union County is part of the Jacksonville Division. M.D. Fla. L. R. 1.02(b)(1). Morales is suing, United States District Court Judge, Brian J. Davis, who sits in the Jacksonville Division of the Middle District of Florida. None of the action in this case occurred in the Fort Myers Division of the Middle District. Thus, the Jacksonville Division is the proper venue for this action and the case is due to be transferred.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

1. Pursuant to 28 U.S.C. § 1404(a), 28 U.S.C. § 1406(a), and M.D. Fla. Local Rule 1.02(b), this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division for all further proceedings.

2. The Clerk of Court shall: 1) immediately forward the file to the Jacksonville Division; 2) terminate any pending motions; and 3) close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of December, 2017.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2